HYMAN MANHEIM, Respondent, v. HENRY E. COHEN and SOL H. SLEPPIN,

Defendants, and JACOB SHEVELL, Witness, Appellant.— Order reversed on the law and the facts, without costs, and motion denied on the ground that the facts do not show that appellant failed to obey the mandate of the court or that he is guilty of any contempt. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.